UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

FILED
12-6-07
DEC - 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE NOLAN

**AFFIDAVIT OF COMPLAINT (OR INDICTMENT) IN REMOVAL PROCEEDINGS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 07CR 803 |
| | ) | |
| NORTHERN DISTRICT OF ILLINOIS | ) | CASE NUMBER: _____ |

The undersigned Affiant personally appeared before Nan R. Nolan, a United States Magistrate Judge, and being duly sworn on oath, states: That at Harrisburg, Pennsylvania (U.S. District Court for the Middle District of Pennsylvania), one RAKESH PATEL was charged with the violation of 8 U.S.C. § 1324 and 18 U.S.C. § 371 for the offenses of knowingly conspiring to commit an offense and to defraud the United States; to wit: operating together to bring and attempt to bring unauthorized aliens into the United States, knowingly and in reckless disregard of the aliens' illegal status, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that an Arrest Warrant is outstanding for the arrest of said defendant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

X_____
SCOTT BISHOP, Special Agent
Immigration and Customs Enforcement

Subscribed and Sworn to before me this
6th day of December, 2007.

_____
United States Magistrate Judge

CHRISTOPHER R. MCFADDEN
Assistant U.S. Attorney

Bond set [or recommended] by issuing Court at _____

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs.

CR. NO. 07-MJ-138

RAKESH PATEL,                             WARRANT FOR ARREST

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>RAKESH PATEL</u>

and bring him or her forthwith to the nearest magistrate to answer a(n)

[] Indictment   [] Information   [X] complaint

[] Court Order   [] Violation Notice   [] Bail Violation Petition

charging the defendant with (brief description of offense)

knowingly conspiring to commit an offense and to defraud the United States; to wit: operating together to bring and attempt to bring in unauthorized aliens into the United States, knowingly and in reckless disregard of the aliens' illegal status, in violation of Title 8 United States Code Section 1324 and Title 18, United States Code Section 371.

_J. Andrew Smyser_
Name of Issuing Officer

_/s/ Andrew Smyser_
Signature of Issuing Officer

<u>United States Magistrate Judge</u>
Title of Issuing Officer

<u>Harrisburg, Pa.</u>
Date and Location   Nov. 30, 2007

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named Defendant at

DATE RECEIVED: