Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 803 - 1 | **DATE** | 12/6/2007 |
| **CASE TITLE** | USA vs. Rakesh Patel | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Rakesh Patel appears in response to arrest on 12/06/07. Defendant informed of his rights. Enter order appointing Kent R Carlson from the Federal Defender Program/Panel as counsel for defendant for initial appearance only. Removal proceedings held. Defendant waives identity hearing; the Court finds that the defendant Rakesh Patel is the person named in the arrest warrant. Government's oral motion for pretrial detention is granted. Detention hearing is set for 12/10/07 at 11:00 a.m. Defendant will remain in custody pending trial or until further order of the Court. The U.S.M.S. is **ORDERED** to have defendant see an appropriate medical personal **TODAY**, regarding defendant's injury and prescription drugs that defendant states he takes on a daily basis.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|