# FINANCIAL AFFIDAVIT

**CJA 23 — REV. 1/90**

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | | LOCATION NUMBER |
|---|---|---|---|
| IN THE CASE OF: USA vs. Patel | FOR: NOIL | AT: Chicago | |

**FILED DEC 6 2007 — MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT**

**PERSON REPRESENTED** (Show your full name): RAKESH PATEL

1. ☒ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
- Magistrate:
- District Court: 07CR803
- Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor

8 USC 1324; 18 USC 371; 1031 (?) 1544

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed — "Currently disabled since May, receiving workmen's comp 2007"
- Name and address of employer: Allstate Logistics
- IF YES, how much do you earn per month? $800.00
- IF NO, give month and year of last employment: How much did you earn per month? $1200
- If married is your Spouse employed? ☐ Yes ☐ No — N/A
- IF YES, how much does your Spouse earn per month $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: See above — workmen's compensation

**CASH**
- Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No — IF YES, state total amount $200

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- IF YES, GIVE VALUE AND DESCRIBE IT:
  - $1,800 — 1996 Infiniti G20
  - $3,500 — 1995 Lexus GS300

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ SEPARATED OR DIVORCED (☐ Single ☐ Married ☐ Widowed)
- Total No. of Dependents: 1

**DEBTS & MONTHLY BILLS** (List all creditors, including banks, loan companies, charge accounts, etc.)

| Creditor | APARTMENT OR HOME | Credit | $ |
|---|---|---|---|
| Car Ins. | | 560.00 | |
| Rent | | | 733.00 / 300 app. |
| Cell Ph. | | | 50 |
| Credit Cards | | 2500 | 250 |
| Student Loan | | | 1,500 |

I certify the above to be correct.

**SIGNATURE OF DEFENDANT** (OR PERSON REPRESENTED): /s/ Rakesh Patel

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.