UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

UNITED STATES OF AMERICA

                     Plaintiff,

v.                                      Case No.: 1:07−cr−00803
                                               Honorable Nan R. Nolan

Rakesh Patel

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 12, 2007:

      MINUTE entry before Judge Nan R. Nolan :Detention hearing as to Rakesh Patel held on 12/12/2007 and continued to 12/20/2007 at 03:30 PM. Counsel are directed to forward defendant's medical records to the Metropolitan Correctional Center. Defendant is ordered detained at the Metropolitan Correctional Center until further order of the Court.Mailed notice (lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.