UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
    **CLERK**

United States District Court
Middle District of Pennsylvania
Office of the Clerk
Ronald Reagan Federal Bldg
228 Walnut Street
Harrisburg, PA 17108-9998

**OFFICE OF THE CLERK**
December 27, 2007

**Re:** USA v. Rakesh Patel - 07 CR 803

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 07 CR 803 | _X_ Order of Removal dated: 12/20/07 |
| _X_ Affidavit in Removal | ____ Final Commitment Proceedings |
| _X_ Financial Affidavit | ____ Temporary Commitment |
| ____ Order appointing counsel | ____ Order setting conditions of release |
| ____ CJA 20 Form | ____ Detention Order |
| _X_ Appearance form | ____ Appearance Bond |
| | ____ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                                                Sincerely yours,

                                                Michael W. Dobbins, Clerk

                                                by: _____
                                                  Marsha E. Glenn, Deputy Clerk