CH

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 07 CR 803

   United States District Court
   Middle District of Pennsylvania
   Office of the Clerk
   Ronald Reagan Federal Bldg
   228 Walnut Street
   Harrisburg, PA 17108-9998

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_  ☒ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)  7006 0100 0001 7313 2708

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**FILED**

JAN 0 8 2008
Jan 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT