UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
**CLERK**
United States District Court
Middle District of Pennsylvania
Office of the Clerk
Ronald Reagan Federal Bldg
228 Walnut Street
Harrisburg, PA 17108-9998

OFFICE OF THE CLERK
December 27, 2007

**RECEIVED**
HARRISBURG, PA

JAN 0 3 2008

MARY E. D'ANDREA, CLERK
Per _____

Re:  USA v.  Rakesh Patel - 07 CR 803

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 07 CR 803 | _X_ Order of Removal dated: 12/20/07 |
| _X_ Affidavit in Removal | ___ Final Commitment Proceedings |
| _X_ Financial Affidavit | ___ Temporary Commitment |
| ___ Order appointing counsel | ___ Order setting conditions of release |
| ___ CJA 20 Form | ___ Detention Order |
| _X_ Appearance form | ___ Appearance Bond |
| | ___ Other(see docket for entries): |

**FILED**

JAN 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: _____
Marsha E. Glenn, Deputy Clerk